IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

D'ANGELO SHIPMAN,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0839

Opinion filed April 4, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

D'angelo Shipman, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of mandamus is denied as premature.

ROBERTS, C.J., LEWIS and WINSOR, JJ., CONCUR.